UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES COCHRAN,

          Plaintiff,

-vs-                                          Case No. 6:08-cv-4-Orl-28KRS

MODOMO, INC., LYNDON H. MODOMO,

          Defendants.
_____

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement Agreement (Doc. No. 25) filed July 25, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed August 12, 2008 (Doc. No. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion for Approval of Settlement Agreement (Doc. No. 25) is granted in part.

    3.    The Court finds that the overtime compensation Plaintiff will receive pursuant to the Settlement Agreement is a fair resolution of a bona fide dispute under the Fair Labor Standards Act ("FLSA").

4.   The Court declines to reserve jurisdiction.

5.   This case is dismissed with prejudice.

6.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 2nd day of September, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party